# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SA CV 19-2513-DOC (ADSx) | Date | February 18, 2020 |
|---|---|---|---|
| Title | DB RESIDENTIAL, LLC., v. PAMELA D. LAWSON, et al. | | |

**PRESENT: HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Deputy Clerk

CourtSmart
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

Larry Rothman

ATTORNEYS PRESENT FOR DEFENDANT:

Pamela Lawson

**PROCEEDINGS: Pltf's Ex Parte Application to Remand Case to Orange County Superior Court - Harbor Justice Center [9]**

    Case called. Court and counsel confer. The Court GRANTS Pltf's Ex Parte Application to Remand Case to Orange County Superior Court - Harbor Justice Center [9].

                                                                                                     : 12

Initials of Deputy Clerk  kd